PER CURIAM.

(No. 74-CC-374—Claimant

ALFRED W. PFLASTERER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 20, 1974.*

ALFRED W. PFLASTERER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-377—Claimant

MILLER INDUSTRIAL SUPPLY CO., INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed March 20, 1974.*

MILLER INDUSTRIAL SUPPLY CO., INC., Claimant pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.